PROSKAUER ROSE LLP
Sally L. Schneider
1585 Broadway
New York, New York  10036
(212) 969-3803

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
TRUSTEES of the MASON TENDERS                          :
DISTRICT COUNCIL WELFARE FUND,                         :
PENSION FUND, ANNUITY FUND and                         :        08 Civ. 4333 (VM)
TRAINING PROGRAM FUND,                                 :
                                                       :
                                        Plaintiffs,    :
                                                       :
                 - against -                           :        **DISCLOSURE STATEMENT**
                                                       :
FIRST CHOICE CONSTRUCTION SERVICES, INC.,              :
                                                       :
                                        Defendant.     :
-------------------------------------------------------------------X

        1.      This Disclosure Statement is prepared in compliance with Rule 7.1 of the Federal

Rules of Civil Procedure.

        2.      Plaintiffs Mason Tenders District Council Welfare Fund, Pension Fund, Annuity

Fund and Training Program Fund ("Funds") have no corporate parents, subsidiaries, or affiliates.


Dated: New York, New York
       May 7, 2008

                                        PROSKAUER ROSE LLP
                                        Attorneys for Plaintiffs

                                        By:  /s/ Sally L. Schneider
                                            Sally L. Schneider
                                        1585 Broadway
                                        New York, New York 10036
                                        (212) 969-3803

                                        sschneider@proskauer.com