```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
MASON TENDERS DISTRICT COUNCIL           :
WELFARE FUND, PENSION FUND,              :
ANNUITY FUND, TRAINING PROGRAM           :
FUND,                                    :
                                         :    08 Civ. 4333(VM)
                 Plaintiff,              :
                                         :
        -against-                        :         ORDER
                                         :
FIRST CHOICE CONSTRUCTION                :
SERVICES, INC.,                          :
                                         :
                 Defendant.              :
----------------------------------------X
```

|   |   |
|---|---|
| USDS SDNY | |
| DOCUMENT | |
| ELECTRONICALLY FILED | |
| DOC #: _____ | |
| DATE FILED: 7-21-08 | |

**VICTOR MARRERO, United States District Judge.**

Upon review of the Docket Sheet of this case the Court noted that service of process was made on defendant(s) herein on May 13, 2008 and that the answer to the complaint was due by June 2, 2008. The Court's public file for this case contains no record that such answer has been made. Accordingly, it is hereby

**ORDERED** that plaintiff herein are directed to inform the Court by July 24, 2008 of the status of this matter and plaintiff's contemplation with respect to further proceedings in this case. In the event no timely response to this Order is submitted the Court may dismiss the action for lack of prosecution.

**SO ORDERED.**

Dated:   New York, New York
         18 July 2008

                                         _____
                                              VICTOR MARRERO
                                                 U.S.D.J.