**PROSKAUER ROSE LLP**



1585 Broadway
New York, NY 10036-8299
Telephone 212.969.3000
Fax 212.969.2900

BOCA RATON
BOSTON
CHICAGO
LONDON
LOS ANGELES
NEW ORLEANS
NEWARK
PARIS
SÃO PAULO
WASHINGTON

Sally L. Schneider
Attorney at Law

Direct Dial 212.969.3803
sschneider@proskauer.com

July 21, 2008

Hon. Victor Marrero, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 660
New York, New York 10007

        Re:    Trustees of the Mason Tenders District Council Welfare Fund,
                *et al.* v. First Choice Construction Services, Inc.
                08 Civ. 4333 (VM)

Dear Judge Marrero:

    The undersigned is counsel for plaintiffs in the above-referenced action, and I am submitting this letter in response to this Court's Order dated July 18, 2008, to advise the Court of the status of the action.

    The Summons and Complaint were filed on May 8, 2008 and served on defendant First Choice Construction Services, Inc. on May 13, 2008. As of this date, no answer or other response from the defendant has been served or filed.

    Accordingly, with the Court's permission, plaintiffs intend to file a motion for entry of a default judgment on or before August 8, 2008.

Respectfully,

Sally L. Schneider

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-23-08

cc:   First Choice Construction Services, Inc.

Request GRANTED. Plaintiff may proceed to file a motion for entry of a judgment by default in this action on or before 8-8-08.

SO ORDERED:

7-23-08
DATE       VICTOR MARRERO, U.S.D.J.