PROSKAUER ROSE LLP
Sally L. Schneider
1585 Broadway
New York, New York 10036
(212) 969-3803

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
TRUSTEES of the MASON TENDERS  :
DISTRICT COUNCIL WELFARE FUND, :
PENSION FUND, ANNUITY FUND and :  08 Civ. 4333 (VM)
TRAINING PROGRAM FUND,  :
  :
                    Plaintiffs,  :
  :
       - against -  :  **CERTIFICATE OF SERVICE**
  :
FIRST CHOICE CONSTRUCTION SERVICES, INC.,  :
  :
                    Defendant.  :
------------------------------------------------------------------------X

      The undersigned, an attorney duly admitted to practice before the courts of the State of New York and before this Court, hereby certifies that true and correct copies of the Notice of Motion for Judgment by Default Against Defendant, dated August 8, 2008, together with the supporting Affidavits of Sally L. Schneider, David Bolger and Dominick Giammona, and all of the exhibits attached to said affidavits, and the Clerk's Certificate of Default, were served upon defendant First Choice Construction Services, Inc. at 38-11 31st Street, Long Island City, New York  11101, by first class mail, postage prepaid, on August 8, 2008.

Dated: New York, New York
       August 8, 2008

                                                            /s/  Sally L. Schneider
                                                           Sally L. Schneider, Esq.